*Scanned tok 1/24/06*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00865-REB-MJW

JOHN R. JORDAN,

    Plaintiff(s),

v.

NATIONWIDE MUTUAL INSURANCE COMPANY,

    Defendant(s).

---

### ORDER MODIFYING SCHEDUDLING ORDER
(Docket No 20)

---

THE COURT, having reviewed the Joint Motion to Modify Scheduling Order, and being fully advised herein, HEREBY ORDERS AS FOLLOWS:

Discovery Cutoff date is now July 28, 2006.

SO ORDERED this 24TH day of January, 2006.

BY THE COURT:

/s/ Michael J. Watanabe
MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE