IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00865-REB-MJW

JOHN R. JORDAN,

    Plaintiff(s),

v.

NATIONWIDE MUTUAL INSURANCE COMPANY,

    Defendant(s).

---

ORDER RE: JOINT MOTION TO MODIFY SCHEDUDLING ORDER
(Docket No. 24)

---

THE COURT, having reviewed the parties Joint Motion to Modify Scheduling Order, and being fully advised herein, HEREBY ORDERS the following:

    a.    The Dispositive Motion deadline is now August 6, 2006

    b.    The Expert Witness Disclosure Deadline is now July 8, 2006

    c.    The Rebuttal Witness Disclosure Deadline is now July 29, 2006

    d.    The Final Pretrial Conference Date of June 27, 2006 is vacated and reset for Oct 16, 2006, at 9:30am. The parties shall submit their proposed Final Pretrial Order to the Court Five (5) Days before the Final Pretrial Conference

SO ORDERED this 26th day of April, 2006:

BY THE COURT:

*[signature]*

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE