IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

**Civil Action No. 05-CV-00865-REB-MJW**

JOHN R. JORDAN,

Plaintiff(s),

v.

NATIONWIDE MUTUAL INSURANCE COMPANY,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that the Joint Motion of the Parties to Modify the Scheduling Order, (DN 29), filed with the Court on July 20, 2006, is GRANTED. The Scheduling Order is amended as follows:

a. The deadline to complete discovery: October 27, 2006;

b. The expert witness disclosure deadline: September 15, 2006;

c. The rebuttal witness disclosure deadline: October 6, 2006;

d. The dispositive motion deadline: November 10, 2006; and

e. The Final Pretrial Conference set on October 9, 2006 at 9:30 a.m., is VACATED and RESET on December 15, 2006, at 9:00 a.m., in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. The parties shall file their proposed Final Pretrial Order five business days prior to the Final Pretrial Conference date.

Date: July 21, 2006