**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 05-cv-00865-REB-MJW

JOHN R. JORDAN,

    Plaintiff,

v.

NATIONWIDE MUTUAL INSURANCE COMPANY, an Ohio corporation,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter comes before the court on the **Stipulated Motion for Dismissal of All Claims Against Defendant With Prejudice** [#41], filed February 1, 2007. After careful review of the motion and the file, the court has concluded that the motion should be granted and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulated Motion for Dismissal of All Claims Against Defendant With Prejudice** [#41], filed February 1, 2007, is **GRANTED**; and

2. That this action **IS DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated February 2, 2007, at Denver, Colorado.

                                      **BY THE COURT:**

                                      **s/ Robert E. Blackburn**
                                      **Robert E. Blackburn
                                      United States District Judge**